CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JASON G. GONG (SBN: 181298)
jgong@gonglawfirm.com
LAW OFFICE OF JASON G. GONG
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925)735-3800
Facsimile: (925)735-3801
Attorney for Defendants
Bipin B. Patel, Champaben B. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BIPIN B. PATEL;<br>CHAMPABEN B. PATEL;<br>and Does 1-10,<br><br>    Defendants, | Case: 4:15-CV-05661-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 27, 2016        CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace___
Phyl Grace
Attorneys for Plaintiff

Dated: March 27, 2016        LAW OFFICE OF JASON G. GONG

By: ___/s/ Jason G. Gong___
Jason G. Gong
Attorney for Defendants

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jason G. Gong, counsel for Bipin B. Patel; Champaben B. Patel, and that I have obtained Mr. Gong authorization to affix his electronic signature to this document.

Dated:  March 27, 2016           CENTER FOR DISABILITY ACCESS

                                 By: ___/s/ Phyl Grace_____
                                     Phyl Grace
                                     Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIPIN B. PATEL;<br>CHAMPABEN B. PATEL;<br>and Does 1-10,<br><br>　　　　Defendants. | Case: 4:15-CV-05661-KAW<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 4/1/16　　　　　　　／s／ Kandis Westmore
　　　　　　　　　　　　　HONORABLE KANDIS A. WESTMORE
　　　　　　　　　　　　　UNITED STATES MAGISTRATE COURT JUDGE